FILED

07/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0610

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0610

| | |
|---|---|
| MARK DEMING, | ) |
| | ) |
|     Plaintiff and Appellant, | ) |
| | ) |
|   v. | ) |
| | ) |
| JASON DEMING and KELLY DEMING, | ) |
| | ) |
|     Defendants and Appellees. | ) |

---

## ORDER

---

Upon consideration of Unopposed Motion for Extension of Time to File Reply Brief, and good cause appearing;

IT IS HEREBY ORDERED that Plaintiff and Appellant is granted an extension of time and including August 27, 2022, within which to prepare, file, and serve Appellant's Reply Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 20 2022